# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-41 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MARLON CAPERS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on January 23, 2025.[1] The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on August 4, 2025. The defendant admitted to the following violations:

1. New Law Violation; and
2. New Law Violation.

The magistrate judge filed a report and recommendation on August 4, 2025, in which the magistrate judge recommended that the Court dismiss the Violation[2] and grant the government's motion to modify the supervised release conditions to include no contact with the victim.

A final supervised release violation hearing was conducted on August 19, 2025. Present were the following: Assistant United States Attorney Elizabeth Crook, representing

---

[1] A superseding violation report was filed on July 2, 2025, and a supplemental violation report was filed on August 18, 2025, to provide updates to the Court regarding the state court proceedings.

[2] The Magistrate Judge referenced only alleged violation 1, but both parties agreed that there were two violations alleged.

the United States; Attorney Frank L. Cassese, representing the defendant; the defendant Marlon Capers, and United States Probation Officer Colin Boone.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge.

IT IS ORDERED that the government's motion to dismiss violations 1 and 2 is granted. Additionally, by agreement of the parties, IT IS FURTHER ORDERED that the defendant's supervised release is modified to include the following additional condition:

**No Contact with Victim:** You must have no direct or indirect contact with J.J.

**IT IS SO ORDERED**.

Dated: August 19, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**